Jamel WEEKS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 571, 2014

Supreme Court of Delaware.

Submitted: August 26, 2015
Decided: August 27, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. I.D. No. 1307009849

AFFIRMED.

Devin COLEMAN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 154, 2015

Supreme Court of Delaware.

Submitted: June 17, 2015
Decided: August 27, 2015

Court Below: Superior Court of the State of Delaware in and for Kent County, Cr. ID No. 0801019986

AFFIRMED.

Shane BRICE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 207, 2015

Supreme Court of Delaware.

Submitted: June 24, 2015

Decided: August 28, 2015

Corrected: September 2, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County Cr. ID No. 1010002217

AFFIRMED.